UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

JONATHAN BLUNT SR
1241 SW 132ND PL
OKLAHOMA CITY, OK 73170

Case: 1:20−cv−03323 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 11/16/2020
Description: Employ. Discrim. (H−DECK)

VS. CIVIL ACTION NO._____

COMTECH TELECOMMUNICATIONS CORP
275 WEST ST
ANNAPOLIS, MD 21401

## COMPLAINT

I, Jonathan Blunt, was hired by Comtech from Washington State to work in Iraq as a federal contractor. I was flown to Comtech's Buford, GA office, for onboarding and training before I flew to Iraq. A portion of my training was during the MLK holiday. I requested the day off to visit the sites in Atlanta and observe the holiday. My employer informed me that they don't observe MLK day. There were actions taken by the company that offended me and I made a complaint of race discrimination. As a result, my employer fired me.

I am seeking $500,000 US dollars in reinstatement, back pay, front pay, compensatory damages, punitive damages, and all other forms of damages allowed by law.

If both parties can't reach an agreement on damages I would like to request a Trial By Jury.

JONATHAN BLUNT SR
1241 SW 132ND PLACE
OKLAHOMA CITY OK, 73170